STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DENNIS TROSINSKI, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

June 30, 1969. Denied.

ARTHUR A. PELOSO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HARTFORD FIRE INSURANCE CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 105 *N. J. Super.* 474.

*Mr. Sam Weiss* for the petitioners.

*Messrs. Lum, Biunno & Tompkins, Mr. William B. McGuire* and *Mr. William J. McGee* for the respondents.

June 30, 1969. Granted.

MALKIN BROS., INC., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOE NITTI & SON, DEFENDANT-PETITIONER.

*Mr. Luke T. Nitti* and *Mr. Sam Weiss* for the petitioner.

*Mr. Alan H. Bernstein* for the respondents.

June 30, 1969. Denied.